AGNOFF FAMILY TRUST v. LANDFALL ASSOC.

No. 596P97

Case below: 127 N.C.App. 743

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

APPALACHIAN OUTDOOR ADVERTISING CO. v. TOWN OF BOONE BD. OF ADJUST.

No. 615P97

Case below: 128 N.C.App. 137

Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

ASFAR v. CHARLOTTE AUTO AUCTION, INC.

No. 527P97

Case below: 127 N.C.App. 502

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

BAREFOOT v. CHAPEL HILL REALTY

No. 560P97

Case below: 127 N.C.App. 553

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

BISSETTE v. DOE

No. 290P96-2

Case below: 127 N.C.App. 555

Petition by defendant (Nash Co. Bd. of Education) for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.